JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-05378-VAP | Date | June 30, 2021 |
|---|---|---|---|
| Title | *In Re Grandview Hills, LLC* | | |

Present: The Honorable    VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:** MINUTE ORDER DISMISSING CASE (IN CHAMBERS)

On June 8, 2021, the Court issued an Order to Show Cause no later than June 15, 2021, why the action should not be dismissed for lack of prosecution. Plaintiffs have not responded to the OSC. Accordingly, this action is ordered dismissed, without prejudice, for failure to prosecute.

**IT IS SO ORDERED.**